1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   JULIETA STEPANYAN (State Bar No. 280691)
3  2029 Century Park East
   Los Angeles, CA 90067-3086
4  Telephone:  310-556-5800
   Facsimile:   310-556-5959
5  Email:      lacalendar@stroock.com

6  Attorneys for Defendant
     Chase Bank USA, N.A., erroneously sued as
7    JPMorgan Chase Bank

APPROVED
Beth Labson Freeman
Judge Beth Labson Freeman

8  SAGARIA LAW, P.C.
   Scott J. Sagaria (SBN 217981)
9  Elliot W. Gale (SBN 263326)
   Joe Angelo (SBN 268542)
10 2033 Gateway Place, 5th Floor
   San Jose, CA 95110
11 Telephone:    408-279-2288
   Facsimile:    408-279-2299

12 Attorneys for Plaintiff
13   Melinda Manley

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| MELINDA MANLEY, | ) Case No. 5:15-cv-05545-BLF |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK WITH PREJUDICE** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; CAPITAL ONE, NATIONAL ASSOCIATION; CITIGROUP, INC.; JPMORGAN CHASE BANK; CITIMORTGAGE, INC.; CREDIT ONE BANK, NATIONAL ASSOCIATION; WELLS FARGO CARD SERVICES, INC. and DOES 1 through 100 inclusive, | ) |
| Defendants. | ) |

TO THE COURT, CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed WITH PREJUDICE as to Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, only. Each party shall bear its own attorneys' fees and costs.

Dated: May 6, 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOE ANGELO

By: /s/ Elliot Gale

Attorneys for Plaintiff
Melinda Manley

Dated: 4/7, 2016

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JULIETA STEPANYAN

By: /s/ Stephen J. Newman

Attorneys for Defendant
Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank

- 1 -
STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE

LA 51984572

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2016, a copy of the foregoing **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK WITH PREJUDICE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Stephen J. Newman*
Stephen J. Newman